## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| MOJEED A SALAKO and | ) | Case No. 12-20272-jes |
| TITILOLA O. SALAKO, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Mojeed A. Salako AND Titilola O. Salako have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

## REQUEST TO MODIFY CHAPTER 13 PLAN

1.     The Proponent of this modification is:

     A.     __X__ the Debtor;

     B.     _____ the Chapter 13 Trustee (post-confirmation modifications only);

     C.     _____ the holder of an unsecured claim (post-confirmation only).

2.     This is a request to modify a Chapter 13 Plan (Select A. or B.):

     A.     _____ post-confirmation;

     B.     __X__ pre-confirmation (Select i. or ii.);

        i.     __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

        ii.     __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3.     The Proponent wishes to modify the Chapter 13 Plan to do the following: (1) Pay several claims that were not included in the original plan, namely, claims 10, 11, and 15 (2) Adjust payment to the IRS to match claim #4a. (3) Adjust payment to U.S. Bank, N.A. to match claim #12.

4.     The reason(s) for the modification is/are: Original plan did not accurately reflect the above-mentioned claims.

5.     Select A. or B.

     A.     _____ The Chapter 13 Plan confirmed or last modified on _ is modified as follows:

     B.     __X__ The unconfirmed Chapter 13 Plan dated February 13, 2012 is modified as follows:

**2.     Plan Payments and Length of Plan.** Debtor shall pay the total amount of **_$265,000_** by paying **$4,415** per (check one) ☒ month ☐ week ☐ every two weeks ☐ semi-monthly to Trustee by ☐ Periodic Payroll Deduction(s) from (check one) ☐ Debtor ☐ Joint Debtor or by ☒ Direct Payment(s) for the period of **_60_** months. The duration of the plan may be less if all allowed claims in every class, other than long-term claims, are paid in full.

2

**5(B).** **Other Priority Claims (e.g., tax claims).** These priority claims will be paid in full through the plan.

| (a) Creditor | (b) Estimated claim |
|---|---|
| **IRS - Centralized Insolvency Operation** | **$546.09** |
| **Wisconsin Department of Revenue** | **$2,480.56** |
| **Totals:** | **$3,026.65** |

**Total Priority Claims to be paid through plan:  $3,026.65**

**6(A)(ii)(a).** **Secured Claims - Full Payment of Debt Required.**

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Claim Amount | (e) Interest Rate | (f) Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| **City of Milwaukee – City Treasurer** | **Tax Lien** | | **$16,488.58** | **12%** | **Pro rata** | **$18,467.21** |
| **Wisconsin Department of Revenue** | **Tax lien** | **Filed 8-19-2010** | **$2,012.42** | **12%** | **Pro rata** | **$2,253.91** |
| **TOTALS** | | | **$18,501** | | **Pro Rata** | **$20,721.12** |

**6(B)(ii).**

☒  If checked, the Debtor has an arrearage claim secured by Real Property that the Debtor will cure through the Plan. Trustee may pay each allowed arrearage claim the estimated monthly payment indicated in column (d) until paid in full.

| (a) Creditor | (b) Property | (c) Estimated Arrearage Claim | (d) Estimated Monthly Payment | (e) Estimated Total Paid Through Plan |
|---|---|---|---|---|
| US Bank, National Association | Homestead real property located at 6910 N. 80th Street, Milwaukee, Wisconsin, 53223 | $4,548.29 @ 5% interest | Pro Rata | **$4,775.70** |
| **US Bank, National Association** | **Real property located at 7108-7120 W. Fond Du Lac Avenue, Milwaukee, Wisconsin, 53218-3847** | **$160,381.16 @ 5% interest** | **Pro Rata** | **$168,400.21** |
| TOTALS | | **$164,929.45** | | **$173,175.91** |

**Total Secured Claims to Be Paid Through the Plan:  $200,123.23**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND**

3

**PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtors, Mojeed Salako and Mojeed Salako, certify that I have reviewed the modification proposed above with the debtors, and that the debtors have authorized me to file it with the court.

| | |
|---|---|
| /s/ Nathan E. DeLadurantey | August 9, 2012 |
| Counsel for the debtors | Date |

       WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

       Dated: <u>August 9, 2012</u>.

                                      DeLadurantey Law Office, LLC
                                      Attorneys for Debtor

                                      /s/
                                      By: Nathan E. DeLadurantey
                                      State Bar No. 1063937

Drafted by:
Nathan E. DeLadurantey
SBN 1063937
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
nathan@dela-law.com

A copy of the foregoing filed electronically on August 07, 2012 with:


Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202


Copies of the foregoing, mailed or sent electronically
if the party named accepts electronic service on August 07, 2012:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203


Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53707-8901


IRS - Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


City of Milwaukee
200 E. Wells Street Rm 103
Milwaukee, WI 53202


US Bank, National Association
205 W 4th Street
Suite 500 CN-OH-X5F1
Cincinnati, OH 45202


/s/Caitlin York, Paralegal
(Electronically filed by or mailed by)