UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| MOJEED A SALAKO and | ) | Case No. 12-20272-jes |
| TITILOLA O. SALAKO, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Mojeed A. Salako AND Titilola O. Salako have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 E. Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Nathan E. DeLadurantey
DeLadurantey Law Office, LLC
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

## REQUEST TO MODIFY CHAPTER 13 PLAN

1.      The Proponent of this modification is:

     A.      __X__ the Debtor;

     B.      _____ the Chapter 13 Trustee (post-confirmation modifications only);

     C.      _____ the holder of an unsecured claim (post-confirmation only).

2.      This is a request to modify a Chapter 13 Plan (Select A. or B.):

     A.      _____ post-confirmation;

     B.      __X__ pre-confirmation (Select i. or ii.);

          i.      __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

          ii.      _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3.      The Proponent wishes to modify the Chapter 13 Plan to do the following: (1) Pay the greater of ½ or the nonexempt portion of personal injury claim proceed. (2) Pay portion of personal property tax that was not surrendered per proof of claim #15.

4.      The reason(s) for the modification is/are: not addressed in previous plan mod.

5.      Select A. or B.

     A.      _____ The Chapter 13 Plan confirmed or last modified on _ is modified as follows:

     B.      __X__ The unconfirmed Chapter 13 Plan dated February 13, 2012 is modified as follows:

**2**.      **Plan Payments and Length of Plan.** Debtor shall pay the total amount of **$264,000** by paying **$4,400** per (check one) ☒ month ☐ week ☐ every two weeks ☐ semi-monthly to Trustee by ☐ Periodic Payroll Deduction(s) from (check one) ☐ Debtor ☐ Joint Debtor or by ☒ Direct Payment(s) for the period of **60** months. The duration of the plan may be less if all allowed claims in every class, other than long-term claims, are paid in full.

Case 12-20272-svk    Doc 63    Filed 10/10/12    Page 2 of 6

**5(B).** **Other Priority Claims (e.g., tax claims).** These priority claims will be paid in full through the plan.

| (a) Creditor | (b) Estimated claim |
|---|---|
| **IRS - Centralized Insolvency Operation** | **$546.09** |
| **Wisconsin Department of Revenue** | **$2,480.56** |
| **Totals:** | **$3,026.65** |

**6(A)(ii)(a).** <u>**Secured Claims - Full Payment of Debt Required.**</u>

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Claim Amount | (e) Interest Rate | (f) Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| **City of Milwaukee – City Treasurer** | **Tax Lien** | | **$15,534.00** | **12%** | **Pro rata** | **$17,398.08** |
| **City of Milwaukee – City Treasurer** | **Tax Lien** | | **$757.41** | **12%** | **Pro rata** | **$848.30** |
| **Wisconsin Department of Revenue** | **Tax lien** | **Filed 8-19-2010** | **$2,012.42** | **12%** | **Pro rata** | **$2,253.91** |
| **TOTALS** | | | **$18,501** | | **Pro rata** | **$20,500.29** |

**6(A)(ii)(b).**

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Replacement Value/Debt | (e) Interest Rate | (f) Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| **Fifth Third Bank** | **2003 Toyota Sequoia** | **9/2006** | **$8,800.00** | **4.75%** | **Pro Rata** | **$9,903.60** |
| **TOTALS** | | | | | **Pro Rata** | **$9,903.60** |

**6(B)(ii).**

☒ If checked, the Debtor has an arrearage claim secured by Real Property that the Debtor will cure through the Plan. Trustee may pay each allowed arrearage claim the estimated monthly payment indicated in column (d) until paid in full.

| (a) Creditor | (b) Property | (c) Estimated Arrearage Claim | (d) Estimated Monthly Payment | (e) Estimated Total Paid Through Plan |
|---|---|---|---|---|
| US Bank, National Association | Homestead real property located at 6910 N. 80th Street, Milwaukee, Wisconsin, 53223 | $4,548.29 | Pro Rata | **$4,548.29** |
| TOTALS | | **$4,548.29** | | **$4,548.29** |

3

**6(C).** **Surrender of Collateral.** This Plan shall serve as notice to creditor(s) of Debtor's intent to surrender the following collateral.  Any secured claim filed by a secured lien holder whose collateral is surrendered at or before confirmation will have their secured claim treated as satisfied in full by the surrender of the collateral.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
| Aurora Loan Services, Inc. | Real property located at 5920 N. 67th Street, Milwaukee, Wisconsin, 53218 |
| US Bank, National Association | Real property located at 8980 N. 85th Street, Milwaukee, Wisconsin, 53224. Fair market value per 2011 property tax bill ($420,100.00), reduced by |
| US Bank, National Association | Real property located at 8980 N. 85th Street, Milwaukee, Wisconsin, 53224 |
| US Bank, National Association | Real property located at 8980 N. 85th Street, Milwaukee, Wisconsin, 53224 |
| US Bank, National Association | Real property located at 8980 N. 85th Street, Milwaukee, Wisconsin, 53224 |
| City of Milwaukee – City Treasurer | Personal property taxes on real property located at 8980 N. 85th Street, Milwaukee, WI 53224 |

**10**. **Special Provisions.** Notwithstanding anything to the contrary set forth above, the Plan shall include the provisions set forth below. **The provisions will not be effective unless there is a check in the notice box preceding Paragraph 1 of this plan.**

> **(A)** The secured claim of US Bank, National Association, Proof of Claim No. 12, shall be paid in full through the plan on a pro rata basis at 5% interest.
>
> **(B)** The greater of ½ of the net proceeds or the non-exempt portion of the debtors' personal injury claim shall be paid into the plan.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtors, Mojeed Salako and Titilola Salako, certify that I have reviewed the modification proposed above with the debtors, and that the debtors have authorized me to file it with the court.

4

/s/ Nathan E. DeLadurantey _____        October 10, 2012 _____

Counsel for the debtors                           Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated:  October 10, 2012.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/ _____
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Nathan E. DeLadurantey
SBN 1063937
735 W Wisconsin Ave., Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
nathan@dela-law.com

5

A copy of the foregoing filed electronically on October 10, 2012 with:


Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202


Copies of the foregoing, mailed or sent electronically
if the party named accepts electronic service on October 10, 2012:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203



/s/Caitlin York, Paralegal
(Electronically filed by or mailed by)